Cynthia Bernice WHITE,
Plaintiff–Appellant,

v.

Anthony SANCES, Jr., Ph.D., individually; Biomechanics Institute, Limited, Defendants–Appellees.

No. 00–1985.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 26, 2001.

Decided March 13, 2001.

Erik D. Frye, Greenbelt, MD, for appellant. John A. McCauley, Andrew M. Dansicker, Venable, Baetjer & Howard, L.L.P., Baltimore, MD, for appellees.

Before LUTTIG, WILLIAMS, and DIANA GRIBBON MOTZ, Circuit Judges.

PER CURIAM.

Cynthia Bernice White appeals the district court's orders: granting Defendants' motion to dismiss this action alleging breach of contract, negligence, and professional malpractice; and denying her motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See White v. Sances,* No. CA–99–2128–AW (D. Md. filed April

26, 2000, entered April 27, 2000; filed June 22, 2000, entered June 23, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*